Rock Royal Co-operative, Inc., et al. October 9, 1939. 307 U. S. 533.

No. 834 (October Term 1938). Seiberling et al., Executors, v. United States. October 9, 1939. 307 U. S. 634.

No. 835 (October Term 1938). Lehigh Valley Trust Co. et al. v. United States. October 9, 1939. 307 U. S. 634.

No. 842 (October Term 1938). Federal Reserve Bank v. Algar et al. October 9, 1939. 307 U. S. 631.

No. 891 (October Term 1938). Graham et al. v. United States. October 9, 1939. 307 U. S. 643.

No. 899 (October Term 1938). Big Lake Oil Co. v. Commissioner of Internal Revenue. October 9, 1939. 307 U. S. 638, 651.

No. 903 (October Term 1938). Shepard v. Commissioner of Internal Revenue. October 9, 1939. 307 U. S. 639.

No. 904 (October Term 1938). Rice, Trustee, v. Smith Engineering Co. October 9, 1939. 307 U. S. 637.

No. 905 (October Term 1938). Rice, Trustee, v. Smith Engineering Company et al. October 9, 1939. 307 U. S. 637.